UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

KONNOR PUTNAM,

Defendant.

_____/

Case: 2:24-cr-20311
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/13/2024
Description: INDI USA v PUTNAM (JP)

Violations:
18 U.S.C. § 922(j); 18 U.S.C. § 922(o)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(j)
*Possession of a Stolen Firearm*

On or about February 28, 2024, in the Eastern District of Michigan, Southern Division, the defendant, KONNOR PUTNAM, knowingly possessed a stolen firearm, that is, a black Surefire suppressor for a 5.56mm caliber firearm, which was moving as, was part of, constitutes, and was shipped and transported in interstate commerce either before or after it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

1

## COUNT TWO
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about February 28, 2024, in the Eastern District of Michigan, Southern Division, the defendant, KONNOR PUTNAM, knowingly transferred and possessed a machinegun as defined by 26 U.S.C. § 5845(b), that is, an AR-15 auto sear and a modified Spike's Tactical Model ST-15 lower receiver, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) together with United States Code, Section 2461.

Upon conviction of the offense charged in Counts One and Two of this Indictment, defendant KONNOR PUTNAM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense.

2

THIS IS A TRUE BILL.


*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney



*s/ Sara D. Woodward*
Sara D. Woodward
Chief, General Crimes Unit


*s/ Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney

Dated: June 13, 2024

Case: 2:24-cr-20311
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/13/2024
Description: INDI USA v PUTNAM (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _SA_ |

**Case Title:** USA v.  Konnor Putnam

**County where offense occurred :**  Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

___✓_ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:** _____ ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 13, 2024
_____
Date

_____
Sarah Alsaden
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9146
Fax:   313-226-2372
E-Mail address: Sara.Alsaden@usdoj.gov
Attorney Bar #: P86185

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.